1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Stephanie Martinez, Respondent/Cross-Petitioner No. 24SC342
Supreme Court of Colorado, En Banc
March 17, 2025
 
           Court
 of Appeals Case No. 22CA667
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari DENIED.
 
 
          
 JUSTICE BOATRIGHT would grant as to the following issue:
 
 
          Whether
 the court of appeals erred in holding that a defendant is
 reversibly prejudiced by a jury interrogatory on an
 indisputable fact attached to defense-requested lesser
 included instruction.